# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JUANA ARIAS AGUILAR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:25-cv-599-AMM-GMB |
| | ) |
| **WARDEN NEELEY,** | ) |
| *FCI Aliceville BOP*, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 16, on January 8, 2026, recommending that the court dismiss Petitioner Juana Arias Aguilar's *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 4, without prejudice as moot. No objections have been filed.[1]

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ms. Aguilar's Section 2241 petition is due to be dismissed as moot.

---

[1] The Clerk of Court mailed Ms. Aguilar a copy of the January 8, 2026, Report and Recommendation at her address of record. On January 26, 2026, the postal service returned the report as undeliverable. Doc. 17. Immigration and Customs Enforcement ("ICE") removed Ms. Aguilar from the United States on December 18, 2025. Doc. 15 at 1. Ms. Aguilar did not update her address with the court, and the court has no means to communicate with Ms. Aguilar as a result.

A final judgment will be entered.

**DONE** and **ORDERED** this 28th day of January, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE